## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| TODD MASEL, Individually and on behalf of all others similarly situated,<br><br>                              Plaintiff,<br><br>                v.<br><br>THE CHEMOURS COMPANY, MARK E. NEWMAN, SAMEER RALHAN, AND JONATHAN S. LOCK,<br><br>                              Defendants. | C.A. No. 1:24-cv-00377-RGA |

## STIPULATION AND [PROPOSED] ORDER

Plaintiff ("Plaintiff") Todd Masel, and Defendants The Chemours Company, Mark E. Newman, Sameer Ralhan, and Jonathan S. Lock (collectively, "Defendants," and together with Plaintiff, the "Parties"), by and through their undersigned counsel, hereby stipulate and agree as follows and jointly request that the Court enter the below Order approving this Stipulation:

WHEREAS, the Class Action Complaint for violations of the federal securities laws (the "Complaint") was filed in this action on March 25, 2024; and

WHEREAS, this action is a private securities class action litigation subject to the Private Securities Litigation Reform Act of 1995 ("PSLRA"), 15 U.S.C. § 78u-4;

WHEREAS, the Parties anticipate that, after the Court has designated a lead plaintiff pursuant to 15 U.S.C. § 78u-4(a)(3)(B) ("Lead Plaintiff"), the Lead Plaintiff will file a consolidated class action complaint;

WHEREAS, the Parties have met and conferred, and agree that a response from Defendants to the Complaint, which will in all likelihood be superseded by a consolidated or amended class action complaint filed by the Lead Plaintiff, would invite waste, duplicative effort,

and needless expenditure of judicial and party resources;

NOW THEREFORE, IT IS HEREBY STIPULATED AND AGREED THAT:

1. The Company was served on March 26, 2024. All other Defendants shall accept service of the Complaint;

2. Defendants shall not be required to move, answer, or otherwise respond to the Complaint until after a Lead Plaintiff has been appointed and Lead Plaintiff has filed an amended complaint (if any); and

3. Within fourteen (14) days of appointment of Lead Plaintiff pursuant to 15 U.S.C. § 78u-4(a)(3)(B), counsel for Lead Plaintiff and Defendants shall meet and confer regarding scheduling and shall submit a stipulation for the Court's approval with the Parties' proposed schedule for the filing of an amended complaint (if any) and the filing of any motion to dismiss.

4. Nothing herein shall be deemed to constitute a waiver of, and the Defendants do not waive and expressly preserve, all arguments and defenses in the above-captioned action, including defenses related to personal jurisdiction notwithstanding Defendants' agreement to accept service of the Complaint.

| | |
|---|---|
| FARNAN LLP | POTTER ANDERSON & CORROON LLP |
| By: */s/ Michael J. Farnan* <br>    Brian E. Farnan (#4089) <br>    Michael J. Farnan (#5165) <br>    919 North Market Street, 12th Floor <br>    Wilmington, DE 19801 <br>    (302) 777-0300 <br>    bfarnan@farnanlaw.com <br>    mfarnan@farnanlaw.com <br><br> *Counsel for Plaintiff* <br><br> Dated: April 4, 2024 | By: */s/ Peter J. Walsh, Jr.* <br>    Peter J. Walsh, Jr. (#2437) <br>    Tyler E. Cragg (#6398) <br>    Hercules Plaza, 6th Floor <br>    1313 North Market Street <br>    Wilmington, DE 19801 <br>    (302) 984-6000 <br>    pwalsh@potteranderson.com <br>    tcragg@potteranderson.com <br><br> *Counsel for Defendants* |

     SO ORDERED this \_\_\_\_ day of _____, 2024.

                                                _____
                                                Judge Richard G. Andrews